# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BUTLER,<br><br>                Petitioner,<br>   v.<br>W. GITTERE, *et al.*,<br><br>               Respondents. | Case No. 3:20-cv-00560-MMD-WGC<br><br>ORDER |

Good cause appearing, it is therefore ordered that Petitioner's unopposed first motion for extension of time (ECF No. 14) is granted. Petitioner has until August 30, 2021, to file his amended petition for writ of habeas corpus.

DATED THIS 18th Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE