UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

ANTHONY BUTLER,

Petitioner,

v.

W. GITTERE, *et al.*,

Respondents.

Case No. 3:20-cv-00560-MMD-WGC

ORDER

Respondents seek an extension of time to file their response to the first amended petition. (ECF No. 24.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion to extend time (ECF No. 24) is granted. Respondents have until August 1, 2024, to file their response to the first amended petition.

The Clerk of Court is directed to randomly reassign this case to a new Magistrate Judge given Judge Cobb's retirement.

DATED THIS 23rd Day of July 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE