UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| ANTHONY BUTLER,<br><br>　　　　　　　Petitioner,<br>　v.<br>W. GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00560-MMD-CSD<br><br>ORDER |

Respondents seek an extension of time to file their index in response to Petitioner's first amended petition. (ECF No. 30.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

In addition, Petitioner seeks extensions of time to file his opposition to Respondents' motion to dismiss (ECF No. 31) as well as to file his reply in support of his motion for leave to file a second amended petition (ECF No. 39). The Court finds that these requests are also made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Plaintiff's motions.

It is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 30) is granted *nunc pro tunc*. Respondents filed their index on August 22, 2024. (ECF Nos. 33, 34, 35.)

It is further ordered that Plaintiff's first unopposed motion to extend (ECF No. 31) is granted. Plaintiff has until October 15, 2024, to file his opposition to Respondents' motion to dismiss.

It is further ordered that Plaintiff's first unopposed motion to extend (ECF No. 39) is

///

///

granted. Plaintiff has until October 15, 2024, to file reply in support of his motion for leave to file a second amended petition.

DATED THIS 26th Day of August 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE