# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| ANTHONY BUTLER,<br><br>          Petitioner,<br>v.<br>W. GITTERE, *et al.*,<br><br>          Respondents. | Case No. 3:20-cv-00560-MMD-CSD<br><br>ORDER |

Petitioner seeks extensions of time to file his opposition to Respondents' motion to dismiss (ECF No. 41) as well as to file his reply in support of his motion for leave to file a second amended petition (ECF No. 42). The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Plaintiff's motions.

It is therefore ordered that Plaintiff's second unopposed motion to extend (ECF No. 41) is granted. Plaintiff has until November 14, 2024, to file his opposition to Respondents' motion to dismiss.

It is further ordered that Plaintiff's second unopposed motion to extend (ECF No. 42) is granted. Plaintiff has until November 14, 2024, to file a reply in support of his motion for leave to file a second amended petition.

DATED THIS 22nd Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE