UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY BUTLER,<br><br>　　　　　　Petitioner,<br>　　v.<br>W. GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:20-cv-00560-MMD-CSD<br><br>ORDER |

In this habeas action, Respondents filed an Unopposed Motion for Enlargement of Time to File Reply in Support of Motion to Dismiss (First Request) ("Motion" (ECF No. 53)). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' Unopposed Motion for Enlargement of Time to File Reply in Support of Motion to Dismiss (First Request) (ECF No. 53) is granted *nunc pro tunc*. Respondents' reply brief is due on May 23, 2025.

DATED THIS 25th Day of March 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE