UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| ANTHONY BUTLER, | Case No. 3:20-cv-00560-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| W. GITTERE, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their reply in support of their Motion to Dismiss. (ECF No. 55.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed second motion to extend (ECF No. 55) is granted. Respondents have until June 23, 2025, to file their reply.

DATED THIS 12th Day of June 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE